UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRICA BRUMFIELD ON BEHALF OF D.D.B. | CIVIL ACTION |
| VERSUS | NO. 12-1611 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "F" (2) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that plaintiff's motion for summary judgment is DENIED and her complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this  24th   day of _____June_____, 2013.

_____
UNITED STATES DISTRICT JUDGE